# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2013

*The Court of Appeals hereby passes the following order:*

## A14D0086.  BETTY MYRICK LOWE v. CITIMORTGAGE, INC.

This case began in magistrate court as a dispossessory proceeding brought by Citimortgage, Inc. against Betty Myrick Lowe and others. The magistrate court found in favor of Citimortgage, Inc. and issued a writ of possession. Lowe appealed to superior court, and Citimortgage, Inc. filed a motion for summary judgment. On October 9, 2013, the superior court granted summary judgment to Citimortgage, Inc. and entered a writ of possession. Eight days later, on October 17, 2013, Lowe filed this application for discretionary appeal.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment. OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered.

Because Lowe did not file her application for discretionary appeal within seven days of the date of entry of the order she seeks to appeal, this Court lacks jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 11/07/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*